3

UNITED STATES DISTRICT COURT OF MICHIGAN
OFFICE OF THE CLERK, CHIEF JUDGE: Hon.
September 10, 2012

Daniel Garflo-Soto                    Under 42 USC 1983 Civil Rights Action
  a Petitioner                        with the writ of Summons and Complaint

v/                                    by Federal or the law of the State a granted, a permitted
                                      Chief Justice: John Roberts Attorney General: Eric Holder
Six Unknown Names Agents
Sir Mr President of the               Under Due Process, Equal Protection, en banc, a question
United States Barack Obama            a pleader is an entitles to relief for a review writ of election, no forged
     Respondents                      we granted certiorari and now reversed, amended, era

                                      a petition for a writ of review on a writ of certiorari to a Judgment granted
                                      writ of Trover replevy, infringement, trespass by Jury no violated
                                                no interfere, disturbance invasion privacy

an application required by a party no discrimination his compensation terms conditions racial color religion sex
or national origin, no good time loss no misconduct Freedom of First Amendment the rights of Fourth

Fifth Eighth Eleventh and Fourteenth Amendments nor searches and seizures nor Cruel and unusual punish-
ment inflicted nor Excessive fines imposed nor deprived life liberty property no deportation no witness testimony

To obtain his conviction assume presumption innocence accused Fraud false arrest discharged not guilty acq-
uittal a claim for damages dismiss deny disregard no call him arrest no entrapment no enhancement

Sentence no conspiracy charge no ineffective assistance counsel no plead guilty by threaten no waiver
by Custody expunge of criminal records by Executive order for Mr President of the United States Barack Obama

Pardon no lawsuits by Felony Burglary Robbery murder drug maker inadequate medical care need denture terrible
pain unhappy depress mental Injured victims Personal injured no refuse to treat Brain tumor no return legal mail

undelivered mail no restriction order in court fee by law service required to permitted accused no fee indigent
no fee by Equal Protection clause no sue any rights American citizen card benefits welfare medicare full cover

enough Sufficient no a state comment attachment garnishment an ownership amount of damages is one billion dollars
to Daniel Garflo-Soto 88319-008  deposit in the Bank no tax an earlier served to Congress and Solicitor General

by State Attorney General by constructive, one Hundred millions dollars donate to Pentagon, in equity relief pay
In Full within Ten days or one to Five years Treasury notes secured no counterfeit an adopted appointed approved

admission a granted entitled entered an End a result a most claim authorized proper reasonable match more required to
amendment motion for summary judgment injunctive relief lawsuit close subtitles a Pro Se a conclusion public publication

n hearing terminate Jury a final determination the Judgment now received and remanded no delay Fraud moral
Conscience Fair Current writ of mandamus no continue Fraud no confined in prison Eighth Amendment violation

an establish a speedy appropriate a legislative a rehearing a reconsideration, a claim and possession promptly an
individual personally one vote remedy End of next day immediately determination immediately Release by Supreme
Court of the United States Equal rights Amendments Priority no treaty in equity sequestration writ of Habeas Corpus
Writ of mandamus, the action writ of replevy and by Jury of Receipt Tender delivery


a prayer a must state a claim for Daniel Garflo-Soto 88319-008 a Pro Se, a petitioner, a required
                   the name of required by Jury

an interest rate allowed by law  In cases at the same rate  granted in the most Knew F. Possession

Equitable ownership becomes legal ownership

a suit in equity to compel to other Fund to obtain trial determination to the Title

The Court to take money from...

Poor Quality Original

Case:2:12-cv-14075
Judge: Friedman, Bernard A.
MJ: Komives, Paul J
Filed: 09-13-2012 At 02:23 PM
PR GARFLO-SOTO V SIX UNKNOWN AGENTS
, ET AL (TAM)

Young Yil Jo
61183-112
SHU Corr Ctr
2001 Rickabaugh DR
Big Spring, TX 79720

NOT Bankruptcy

Office of the Clerk
U.S. Courthouse
211 W. Fort ST #2100
Detroit, MI 48226

Pris.

# CIVIL COVER SHEET FOR PRISONER CASES

| Case No. 12-14075 | Judge: Bernard A. Friedman | Magistrate Judge: Paul J. Komives |
|---|---|---|

| **Name of 1st Listed Plaintiff/Petitioner:** Daniel Garflo-Soto | **Name of 1st Listed Defendant/Respondent:** Six Unknown Names Agents, et al |
|---|---|
| **Inmate Number:** | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:** Shu Correctional Center 2001 Rickabaugh Drive Big Spring TX 79720 | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   ☐ Yes          ☐ No
   ➤ If yes, give the following information:
      Court: _____
      Case No: _____
      Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   ☐ Yes          ☐ No
   ➤ If yes, give the following information:
      Court: _____
      Case No: _____
      Judge: _____